UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jerry Lee Griffith                                                   Docket No. 5:04-CR-347-2BO

**Petition for Action on Supervised Release**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jerry Lee Griffith, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Five Kilograms or More of Cocaine, a Quantity of Ecstasy, and a Quantity of Marijuana, in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on June 12, 2007, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jerry Lee Griffith was released from custody on August 2, 2018, at which time the term of supervised release commenced. On September 2, 2020, as a result of the defendant testing positive for cocaine on September 1, 2020, a Violation Report was forwarded to the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 17, 2021, the defendant submitted a urine specimen that tested positive for cocaine. When confronted with the results, the defendant signed an admission of drug use. As a sanction for this conduct and to deter future drug use, we would respectfully recommend that his supervision be modified to include 60 days of curfew with RF monitoring. The defendant is currently attending substance abuse treatment and we will continue to monitor his drug use through the Surprise Urinalysis Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Senior U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2538
Executed On: January 19, 2021

**ORDER OF THE COURT**

Considered and ordered this ___21___ day of ___January___, 2021, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge